FILED 24 OCT '19 15:20 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:19-cr-00498-IM |
| v. | INDICTMENT |
| SEAN CONAN RONDALL LOGAN, | 21 U.S.C. §§ 841(a)(1), (b)(1)(C) |
| Defendant. | Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

### COUNT 1
**(Possession with Intent to Distribute Methamphetamine)**
**(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))**

On or about September 28, 2019, in the District of Oregon, defendant **SEAN CONAN RONDALL LOGAN**, did unlawfully, knowingly, and intentionally possess a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### FORFEITURE ALLEGATION

Upon conviction of the offense in Count 1, defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained,

directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations

Dated: October 23, 2019   A TRUE BILL.

                                                                                                      _____
                                                                                                      OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

_____
CRAIG J. GABRIEL, OSB #012571
Assistant United States Attorney

_____
ASHLEY RENEE CADOTTE, OSB #122926
Special Assistant United States Attorney